307 F.2d 510
 FLIGHT ENGINEERS INTERNATIONAL ASSOCIATION, EAL CHAPTER,
AFL-CIO, Plaintiff,
v.
EASTERN AIR LINES, INC., Defendant.
 No. 406, Docket 27745.
 United States Court of Appeals Second Circuit.
 Argued Aug. 21, 1962.
Decided Aug. 30, 1962.
 
 William B. Peer, Washington, D.C. (Zimring, Gromfine & Sternstein, Washington, D.C., Patt & Heimowitz, New York City, on the brief), for plaintiff.
 Burton Zorn, New York City (Marvin E. Frankel, Proskauer Rose Goetz & Mendelsohn, New York City, on the brief; for defendant.
 Before LUMBARD, Chief Judge, and MOORE and MARSHALL, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the order of the District Court for the Southern District of New York, which denied the motion of the plaintiff for a temporary injunction restraining Eastern Air Lines Inc. from (1) putting into effect changes in rates of pay, rules and working conditions of flight engineers without first serving a Section 6 notice under the Railway Labor Act, 45 U.S.C.A. 151 et seq., and exhausting certain alleged requirements of the Act, and (2) bargaining directly with individual flight engineers now engaged in a strike against Eastern, for the reasons set forth in Judge Feinberg's thorough and well reasoned opinion. 208 F.Supp. 182.